IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| DENISH BHAVSAR, derivatively on behalf of SUNLIGHT FINANCIAL HOLDINGS INC. f/k/a SPARTAN ACQUISITION CORP. II,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW POTERE, BARRY EDINBURG, RODNEY YODER, GEOFFREY STRONG, JAMES CROSSEN, OLIVIA WASSENAAR, WILSON HANDLER, CHRISTINE HOMMES, JOSEPH ROMEO, JAN WILSON, JOHN STICE, BRAD BERNSTEIN, EMIL HENRY, JR., JEANETTE GORGAS, TOAN HUYNH, JENNIFER D. NORDQUIST, PHILIP RYAN, KENNETH SHEA, JOSHUA SIEGEL, and SPARTAN ACQUISITION SPONSOR II LLC,<br><br>Defendants,<br><br>and<br><br>SUNLIGHT FINANCIAL HOLDINGS INC. f/k/a SPARTAN ACQUISITION CORP. II,<br><br>Nominal Defendant. | Civil Action No.: 3:23-cv-522<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff, by counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and before any opposing party has answered, hereby voluntarily dismisses, without prejudice, its claims against Defendants and Nominal Defendant in this action. Each party shall bear its own costs, including attorneys' fees.

Respectfully submitted, this 7th day of February, 2024.

/s/ Kurt F. Hausler
Kurt F. Hausler
NC State Bar No. 22103
Hausler Law Firm, PLLC
524 East Boulevard
Charlotte, NC 28203
Telephone: (704) 247-3255
Facsimile: (704) 247-3267
Email: khausler@hauslerlaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing document was served this day upon counsel for Debtor Sunlight Financial Holdings Inc. by email delivery to:

      Daniel J. DeFranceschi
      Zachary I. Shapiro
      James F. McCauley
      Richards, Layton & Finger, P.A.
      One Rodney Square
      920 North King Street
      Wilmington, Delaware 19801
      Email: defranceschi@rfl.com
             shapiro@rfl.com
             mccauley@rfl.com

      Ray C. Schrock
      Alexander W. Welch
      Alejandro Bascoy
      Weil, Gotshal & Manges LLP
      767 Fifth Avenue
      New York, New York 10153
      Email: ray.schrock@weil.com
             alexander.welch@weil.com
             alejandro.bascoy@weil.com

      This the 7th day of February, 2024.

      /s/ Kurt F. Hausler
      Kurt F. Hausler
      NC State Bar No. 22103
      Hausler Law Firm, PLLC
      524 East Boulevard
      Charlotte, NC 28203
      Telephone: (704) 247-3255
      Facsimile: (704) 247-3267
      khausler@hauslerlaw.com

      *Attorney for Plaintiff*